UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COMMERCIAL UNION INSURANCE
COMPANY and AMERICAN EMPLOYERS'
INSURANCE COMPANY,
        Plaintiffs,

CIVIL ACTION NO. 00-12267-DPW

v.

SWISS REINSURANCE AMERICA
CORPORATION, formerly known as NORTH
AMERICAN REINSURANCE CORPORATION,
        Defendant.

## FINAL JUDGMENT AND DECLARATION

Pursuant to the Court's Memorandum and Order dated March 31, 2003 granting Defendant Swiss Reinsurance America Corporation's ("Swiss Re") Motion For Partial Summary Judgment, and denying the Motion For Summary Judgment submitted by Plaintiffs Commercial Union Insurance Company (now known as OneBeacon America Insurance Company) and American Employers' Insurance Company (collectively, "CUIC"), the parties' Settlement Agreement and the Court's Order granting the parties' Joint Motion for Leave to File Amended Pleadings, it is ORDERED AND ADJUDGED as follows:

(1) **CUIC's submission of its reinsurance tender to Swiss Re on an annualized basis was improper as a matter of law and Swiss Re has no obligation to make payments on that basis; and**

(2) **Judgment is entered in favor of Swiss Re and against CUIC as to CUIC's Amended Complaint.**

        **SO ORDERED:**
        /s/ Douglas P. Woodlock
        Douglas P. Woodlock

                                                                                    United States District Judge

Dated: April 29, 2004