UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 NOV -9  P 3: 21

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| COMMERCIAL UNION INSURANCE COMPANY and AMERICAN EMPLOYERS' INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>SWISS REINSURANCE AMERICA CORPORATION,<br><br>Defendant. | Civil Action No.: 00CV12267DPW |

## JOINT STIPULATION TO DISMISS

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiffs Commercial Union Insurance Company and American Employers' Insurance Company and Defendant Swiss Reinsurance America Corporation jointly stipulate that pursuant to a settlement the above-captioned action is dismissed with prejudice, waiving any right of appeal, with each side to bear its own fees and costs.

The Plaintiffs,
COMMERCIAL UNION INSURANCE
COMPANY and AMERICAN EMPLOYERS'
INSURANCE COMPANY,

By their attorneys,

_/s/ Michael Sommerville_
Michael Sommerville (BBO No. 551175)
CETRULO & CAPONE LLP
Two Seaport Lane, 10th Floor
Boston, MA 02210
(617) 217-5500

The Defendant
SWISS REINSURANCE AMERICA
CORPORATION,

By its Attorneys,

_/s/_
John A. Nadas (BBO #366200)
David A. Attisani (BBO #563209)
Robert A. Kole (BBO #633269)
CHOATE, HALL & STEWART
Two International Place
100-150 Oliver Street
Boston, Massachusetts 02110
(617) 248-5000

Date: November 9, 2005

4007260v1